```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY WHITING,<br><br>      Plaintiff,<br><br>      vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | CIVIL NO. 3:23-cv-02468-TLT<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will reevaluate the medical opinions; reevaluate the claimant's residual functional capacity; continue the sequential evaluation process as needed, including obtaining

vocational expert testimony; and offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 12, 2023            By: /s/ Suzanne Zalev
                                        SUZANNE ZALEV
                                        (as authorized by email)
                                        Attorneys for Plaintiff

Dated: October 12, 2023            ISMAIL J. RAMSEY
                                   United States Attorney

                          By:      /s/ Erin Highland
                                   ERIN HIGHLAND
                                   Special Assistant U.S. Attorney
                                   Office of Program Litigation, Office 7
                                   Attorneys for Defendant

In accordance with Civil Local Rule 5-1(h)(1), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE:  October 16, 2023

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE